

Keith and Judy Borup Entity Chart – Page 1

EXHIBIT A



Keith and Judy Borup Entity Chart – Page 2