Patrick J. Geile
Matthew K. Shriver
Bar Nos. 6975, 8472
FOLEY FREEMAN, PLLC
77 East Idaho Street, Suite 100
P.O. Box 10
Meridian, ID 83680
Phone: (208) 888-9111
FAX: (208) 888-5130
pgeile@foleyfreeman.com

Attorneys for Interested Parties

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| In re: | Case No. 10-02944-TLM |
|---|---|
| KEITH STEWART BORUP and JUDITH ANN BORUP, | Chapter 7 |
| Debtors. | WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM |

    COMES NOW, the Interested Parties, KandJ Family Limited Partnership, by and through their attorney of record, and hereby withdraws the objection to the Proof of Claim filed by Todd McCulloch (Claim No. 2) filed on May 24, 2012 (Docket No. 96).

    DATED this _/ /_ day of April, 2013.

FOLEY FREEMAN, PLLC

_____
Patrick J. Geile
Attorney for Interested Parties

WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM - 1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11 day of April, 2013, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>Washington Group Central Plaza<br>720 Park Blvd., Ste. 220<br>Boise, ID 83712 | _X_ | CM/ECF Notice |
| Richard E Crawforth<br>410 S Orchard St.172<br>Boise, ID 83705 | _X_ | CM/ECF Notice |
| D. Blair Clark<br>Jeffrey P. Kaufman<br>1513 Tyrell Lane, Ste 130<br>Boise, ID 83706 | _X_ | CM/ECF Notice |
| Lance E. Olsen<br>13555 SE 36th St., Ste 300<br>Bellevue, WA 98006 | _X_ | CM/ECF Notice |
| Matthew T. Christensen<br>Angstman, Johnson & Associates, PLLC<br>3649 N. Lakeharbor Lane<br>Boise, ID 83703 | _X_ | CM/ECF Notice |
| Kimbell D. Gourley<br>P.O. Box 1097<br>Boise, ID 83701 | _X_ | CM/ECF Notice |
| Trevor L. Hart<br>Perry Law, PC<br>P.O. Box 637<br>Boise, ID 83701-0637 | _X_ | CM/ECF Notice |

Patrick J. Geile

WITHDRAWAL OF OBJECTION TO PROOF OF CLAIM - 2