Richard E. Crawforth
trustee@richardcrawforth.com
410 S. Orchard, Suite 172
Boise, Idaho 83705
Telephone (208) 424-8188
Facsimile (208) 344-0785
Chapter 7 Bankruptcy Trustee

United States Bankruptcy Court

District of Idaho

| | |
|---|---|
| In Re: | ) |
| | ) |
| BORUP, KEITH STEWART | )   Case No. 10-02944 TLM |
| BORUP, JUDITH ANN | ) |
| | ) |
| | )   Chapter 7 |
| | ) |
| Debtor(s) | ) |

TRUSTEE'S OBJECTION TO CLAIM AND NOTICE

TO:    TODD McCULLOCH
       3244 S ROOKERY LANE
       BOISE, ID 83706

YOU ARE HEREBY NOTIFIED that the Trustee of the above estate has objected to the allowance of your Claim No. 2, filed on March 24, 2011.

YOU ARE HEREBY NOTIFIED that if you wish to contest the Trustee's objection to your claim, a written reply to the objection must be filed in duplicate within thirty (30) days from the date this objection is mailed. File the original with the U.S. Bankruptcy Court, 550 W. Fort St., MSC 042, Boise, ID 83724; and a copy with the Trustee.

YOU ARE FURTHER NOTIFIED that if the objection is a matter that can be corrected by filing an amended claim, you may do so prior to the expiration of the thirty (30) day period. Failure to file a written response will result in the Trustee requesting that the Court enter an order disallowing the claim to the extent objected to without further notice or hearing.

## OBJECTION

[X]    Supporting documents attached to proof of claim indicate claim is for wages allegedly owed by Borup Construction, Inc., which is a separate legal entity and is not the debtor herein. Claim should be disallowed for distribution.

DATED: April 22, 2013                   /S/ Richard E. Crawforth

                                        Richard E. Crawforth, Trustee

OBJECTION TO PROOF OF CLAIM AND NOTICE  10-02944 TLM

# CERTIFICATE OF SERVICE

I hereby certify that on this date as indicated below, I electronically filed the foregoing Objection to Claim and Notice with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals so noted below.  I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification:* ———————————————————————

U.S. TRUSTEE                                    D BLAIR CLARK
*ECF:* ustp.region18.bs.ecf@usdoj.gov          LAW OFFICES OF D. BLAIR CLARK
                                               1513 TYRELL LN., STE. 130
                                               BOISE, ID  83706

*Served by U.S. MAIL* : ———————————————————————

BORUP, KEITH STEWART                           TODD McCULLOCH
BORUP, JUDITH ANN                              3244 S ROOKERY LANE
2090 FREEDOM LANE                              BOISE, ID  83706
MERIDIAN, ID  83646

                                    /S/  Richard E. Crawforth            .
                                    Chapter 7 Bankruptcy Trustee
                                    Date: April 22, 2013

OBJECTION TO PROOF OF CLAIM AND NOTICE  10-02944