1

2

3

4   Matthew T. Christensen
    ANGSTMAN JOHNSON
5   3649 Lakeharbor Lane
6   Boise, Idaho 83703
    Telephone: (208) 384-8588
7   Facsimile:  (208) 853-0117
    Christensen ISB: 7213
8

9   Special Counsel for the Trustees

10

11                    UNITED STATES BANKRUPTCY COURT

12                          DISTRICT OF IDAHO

13  In re:                                    Case No. 10-02943-JDP

14
        DEAN MARVIN BORUP &
15      GAIL SPJUTE BORUP,

16              Debtors.

17  ────────────────────────────

18  In re:                                    Case No. 10-02944-TLM

19      KEITH STEWART BORUP &
        JUDITH ANN BORUP,
20

21              Debtors.

22

23              **FINAL APPLICATION FOR ALLOWANCE**
                **OF FEES AND EXPENSES FOR SPECIAL COUNSEL**

24

25

26

27

28

29

FINAL APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FOR SPECIAL
COUNSEL – PAGE 1
Matter: 6396-024

**Notice of Final Application for Allowance of Fees and Costs for Special Counsel and Opportunity to Object**

No Objection.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within 21 days of the date of this notice. If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

Hearing on Objection.  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

COMES NOW Matthew T. Christensen of the firm of Angstman Johnson, and applies to the Court for allowance of attorney's fees.  This application is being filed jointly in two separate bankruptcy proceedings:  *In re: Dean and Gail Borup*, Case No. 10-02943-JDP, and *In re: Keith and Judith Borup*, Case No. 10-02944-TLM.  Applicant respectfully states and represents to the Court that:

1.      Applicant is the special counsel of record for the Trustees in the two separate cases.  In Case No. 10-02943-JDP, the Applicant represents Jeremy Gugino, Chapter 7 Trustee; in Case No. 10-02944-TLM, the Applicant represents Richard Crawforth, Chapter 7 Trustee. The Applicant makes this application for allowance of reimbursement of expenses incurred since the commencement of the bankruptcy cases detailed above.

2.      All services for which compensation is requested by the Applicant were performed for and on behalf of said Trustees, and not on behalf of any committee, creditor or other person.  This application solely seeks compensation for costs and expenses incurred by the Application.

3.      Payment of the costs and expenses should be made pursuant to the Contracts of Employment (as amended).   The contracts of employment were attached to the previous

FINAL APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FOR SPECIAL COUNSEL – PAGE 2

Matter: 6396-024

Applications to Employ Counsel filed with the Court (*see* Docket No. 82-2 in Case No. 10-02943-JDP, and Docket No. 70-1 in Case No. 10-02944-TLM).  It is counsel's belief that payment of the costs and expenses will not jeopardize the estate's ability to pay the Debtors' other creditors.  The estates have recovered funds from the liquidation of property pursuant to a compromise that was previously approved by the Court in sufficient amounts to pay the costs and expenses requested.

4.    Applicant has paid costs and expenses for the estates in the manner described in **Exhibit B** attached hereto and by this reference made a part hereof as if fully set forth herein. Exhibit B details the specific costs and expenses and allocates them between the two separate bankruptcy estates.  Some costs and expenses were attributable solely to the Dean and Gail Borup (10-02943-JDP) bankruptcy matter.  Similarly, some costs and expenses were attributable solely to the Keith and Judith Borup (10-02944-TLM) bankruptcy matter.   To the extent reasonable, certain costs were split evenly between both bankruptcy matters, if the costs and expenses were related to items which, in counsel and the Trustees' estimation, jointly benefited both estates.

5.    Because of services rendered by the applicant or the firm, including the payment of the costs and expenses described, the Debtors' estates have benefited as the applicant was employed to pursue litigation related to various fraudulent transfers made by the Debtors prior to their bankruptcy petitions.  That litigation was the subject of a previously-approved compromise motion.  (*See* Docket No. 125 in Case No. 10-02943-JDP, and Docket No. 124 in Case No. 10-02944-TLM).   None of the costs or expenses requested herein, or services rendered by counsel, exceeded the scope of employment approved by the Court.

6.    A narrative summary of professionals' costs and expenses is attached hereto as **Exhibit C**.

FINAL APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FOR SPECIAL COUNSEL – PAGE 3
Matter: 6396-024

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

7.     Two previous applications for awards of attorney fees have been approved by the Court (*see* Docket No. 126 in Case No. 10-02943-JDP, and Docket No. 125 in Case No. 10-02944-TLM.)  The costs and expenses requested herein shall not be shared with any other party.

8.     The Applicant does not currently hold any funds in a trust account for the estate.

9.     The requirement for reimbursement of costs and expenses was detailed in contracts of Employment previously approved by the Court (*see* Docket Nos. 82-2 and 89 in Case No. 10-02943-JDP, and Docket Nos. 70-1 & 85-1 and 81 & 119 in Case No. 10-02944-TLM), with reimbursement to be allowed pursuant to 11 U.S.C. §§ 328 and 330. Counsel is being compensated on a contingent fee basis, plus reimbursement for actual costs and expenses.   Pursuant to 11 U.S.C. § 328 and/or 330, counsel requests the Court allow reimbursement for the costs and expenses incurred by counsel, in the amount of $6,577.31 from the bankruptcy estate of Dean and Gail Borup (Case No. 10-02943-JDP) and the amount of $4,022.34 from the bankruptcy estate of Keith and Judith Borup (Case No. 10-02944-TLM).

10.     Jeremy J. Gugino has reviewed this Application on behalf of the bankruptcy estate of Dean and Gail Borup (Case No. 10-02943-JDP) and approves of the costs and expenses requested.

11.     Richard Crawforth has reviewed this Application on behalf of the bankruptcy estate of Keith and Judith Borup (Case No. 10-02944-TLM) and approves of the costs and expenses requested.

WHEREFORE, the applicant prays that an allowance be made, pursuant to 11 U.S.C. § 328, for reimbursement of necessary costs and expenses, as part of the costs and expenses of the representation of the Trustees in the above-named bankruptcy cases, as follows:

FINAL APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FOR SPECIAL COUNSEL – PAGE 4
Matter: 6396-024

1.      The sum of $6,577.31 be awarded and paid by the bankruptcy estate of Dean and

Gail Borup, Case No. 10-02943-JDP.

2.      The sum of $4,022.34 be awarded and paid by the bankruptcy estate of Keith and

Judith Borup, Case No. 10-02944-TLM.


DATED this 23rd day of April, 2013.

_____/s/_____
MATTHEW T. CHRISTENSEN
Special Counsel for the Trustees

FINAL APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FOR SPECIAL
COUNSEL – PAGE 5

Matter: 6396-024

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this date as indicated below, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system in two separate cases (Case Nos. 10-02943-JDP and 10-02944-TLM), which sent a Notice of Electronic Filing to the individual(s) so noted below.

*Electronic Notification*

| | |
|---|---|
| Patrick J. Geile | pgeile@foleyfreeman.com |
| Matthew K. Shriver | mshriver@foleyfreeman.com |
| Matthew T. Christensen | mtc@angstman.com |
| Michael C. McClure | mcm@angstman.com |
| D. Blair Clark | dbc@dbclarklaw.com |
| Richard E. Crawforth | trustee@richardcrawforth.com |
| Jeremy Gugino | gugino@cableone.net |

Others as reflected on the Court's CM/ECF notice in each separate bankruptcy case.

*Via U.S. Mail*

I FURTHER CERTIFY that on this date as indicated below, I sent a copy of the foregoing via U.S. Mail to the parties listed below or on the attached Exhibit D.

DATED:   April 23, 2013

/s/
Matthew T. Christensen

FINAL APPLICATION FOR ALLOWANCE OF FEES AND EXPENSES FOR SPECIAL
COUNSEL – PAGE 6

Matter: 6396-024

**EXHIBIT A**

**SUMMARY SHEET**

| | |
|---|---|
| Fees Previously Requested: | NAME OF APPLICANT: |
|    25% of recovery |    Matthew T. Christensen |
| Fees Previously Awarded: | |
|    25% of recovery | ROLE IN CASE: |
| Expenses Prev. Requested: |    Special Counsel for the Trustees |
|    $0.00 | |
| Expenses Prev. Awarded: | CURRENT APPLICATION: |
|    $0.00 | |

Retainer Paid: $0.00

CURRENT APPLICATION:

| | |
|---|---|
| Fees Requested: | $        0.00 |
| Expenses Requested | |
|   (10-02943-JDP): | $  6,577.31 |
| Expenses Requested | |
|   (10-02944-TLM): | $  4,022.34 |
| **Total Requested:** | **$10,599.65** |

As this Application is solely for reimbursement of costs and expenses, no specific breakdown of attorneys or paralegals involved in the case is provided herein.  However, identification of the individuals involved in these matters was previously provided with the interim applications for compensation.  *See* Case No. 10-02943-JDP (Docket No. 111-1) and Case No. 10-02944-TLM (Docket Nos. 110-1 and 116-1).

1

**Exhibit B**

**Costs and Expenses for Borup cases**

| Category | Date | Description | AJA Matter ID | Total Amount | Split to BK Case No. 10-02943-JDP (Dean & Gail Borup) | Split to BK Case No. 10-02944-TLM (Keith and Judy Borup) |
|---|---|---|---|---|---|---|
| **Photocopies (AJA)** | 5/31/2011 | Copies - *Amended Application to Employ* | 6396-024 | $27.80 | $27.80 | |
| | 5/31/2011 | Copies - Service copies - *Complaint* | 6396-029 | $188.60 | $188.60 | |
| | 1/27/2012 | Copies - service copies - *Mtn to Approve Compromise* | 8053-001 | $73.60 | | $73.60 |
| | 1/27/2012 | Copies - Service copies - *App to Employ* | 8053-001 | $35.80 | | $35.80 |
| | 1/27/2012 | Copies - Service copies - *Second Amended App to Employ/Mtn to Approve Compromise* | 6396-024 | $106.00 | $106.00 | |
| | 5/29/2012 | Copies - *Discovery requests* | 6396-077 | $135.20 | $67.60 | $67.60 |
| | 6/5/2012 | Copies - *Deposition exhibits* | 6396-077 | $64.00 | $32.00 | $32.00 |
| | 6/13/2012 | Copies - *Discovery responses* | 6396-077 | $193.00 | $96.50 | $96.50 |
| | 7/17/2012 | Copies for *hearing on various Motions* | 6396-029 | $147.80 | $73.90 | $73.90 |
| | 7/30/2012 | Copies - Service copies - *App for Fees/Costs & Mtn for Approval of Compromise* | 6396-024 | $26.40 | $26.40 | |
| | 7/30/2012 | Copies - service copies - *First App for Fees/Costs & Mtn for Approval of Compromise* | 8053-001 | $23.20 | | $23.20 |
| | 8/6/2012 | Copies - service copies - *Second App for Fees/Costs and Second Mtn for Approval of Compromise* | 8053-001 | $23.20 | | $23.20 |
| **Copy Costs/Records Requests (Third Party)** | 7/21/2011 | Subpoena/Copy charges - *Zions Bank Subpoena* (6/15/2011) - 7 Dwarves, Dean Borup, Neilson Inc. docs | 6396-029 | $40.00 | $40.00 | |
| | 12/13/2011 | Subpoena/Copy charges - *Zions Bank Subpoena* (12/2/2011) - BCI, BCP, Dean Borup (no docs received for BCI or BCP) | 6396-029 | $35.05 | $35.05 | |
| | 1/4/2012 | Subpoena/Copy charges - *BOTC Subpoena* (12/2/2011) - BCI | 6396-029 | $91.00 | $45.50 | $45.50 |
| | 1/4/2012 | Subpoena/Copy charges - *Zions Bank Subpoena* (12/2/2011) - BCI, BCP, Dean Borup (no docs received for BCI or BCP) | 6396-029 | $31.65 | $31.65 | |
| | 1/4/2012 | Subpoena/Copy charges - *AHMSI Subpoena* (12/2/2011) - BCI, BCP, Dean Borup, Gail Borup (no docs received for BCI or BCP) | 6396-029 | $23.25 | $23.25 | |
| | 1/4/2012 | Subpoena/Copy charges - *AHMSI Subpoena* (12/2/2011) - BCI, BCP, Dean Borup, Gail Borup (no docs received for BCI or BCP) | 6396-029 | $29.50 | $29.50 | |
| | 12/14/2012 | Subpoena/Copy Charges - *Capitol One Subpoena* (12/2/2011) - Borup Const Inc. records | 6396-024 | $84.50 | $42.25 | $42.25 |
| | 12/14/2012 | Subpoena/Copy charges - *Home Federal Bank Subpoena* (12/2/2011) - BCI, BCP, Dean Borup (received BCI and BCP docs) | 6396-029 | $801.63 | $400.82 | $400.81 |

Final Application for Fees and Expenses
Exhibit B

**Costs and Expenses for Borup cases**

| Category | Date | Description | AJA Matter ID | Total Amount | Split to BK Case No. 10-02943-JDP (Dean & Gail Borup) | Split to BK Case No. 10-02944-TLM (Keith and Judy Borup) |
|---|---|---|---|---|---|---|
| | 12/14/2012 | Subpoena/copy charges - *M&T Bank Subpoena (12/2/2011) - BCI, BCP, Dean Borup, Keith Borup (received BCI and BCP docs)* | 6396-029 | $1,183.00 | $591.50 | $591.50 |
| | 12/14/2012 | Subpoena/copy charges - *Cobblestone Prop Mgmt Subpoena (4/30/12) - multiple properties* | 6396-077 | $775.50 | $387.75 | $387.75 |
| Deposition Transcripts | 12/28/2010 | Depo Transcript - *2004 Exam of Dean Borup* | 6396-024 | $1,226.50 | $613.25 | $613.25 |
| | 6/14/2012 | Depo Transcript - *Brent Borup* | 6396-077 | $85.00 | | $85.00 |
| | 6/14/2012 | Depo Transcript - *Evon Johnson* | 6396-077 | $254.00 | $254.00 | |
| | 6/14/2012 | Depo Transcript - *Valerie Wixom* | 6396-077 | $272.00 | $272.00 | |
| | 6/14/2012 | Depo Transcript - *Brian Wixom* | 6396-077 | $236.00 | $236.00 | |
| | 6/14/2012 | Depo Transcript - *Clarissa Borup* | 6396-077 | $237.18 | $237.18 | |
| | 6/14/2012 | Depo Transcript - *Jennifer Borup Moyle* | 6396-077 | $175.16 | $175.16 | |
| | 6/14/2012 | Depo Transcript - *Brian Borup* | 6396-077 | $231.30 | $231.30 | |
| | 6/14/2012 | Depo Transcript - *Angela Johnson* | 6396-077 | $142.05 | $142.05 | |
| | 6/14/2012 | Depo Transcript - *Kimberly Gross* | 6396-077 | $197.05 | $197.05 | |
| | 6/14/2012 | Depo Transcript - *Emily Borup* | 6396-077 | $197.05 | $197.05 | |
| | 6/14/2012 | Depo Transcript - *Julie Plummer* | 6396-077 | $315.23 | | $315.23 |
| | 7/2/2012 | Depo Transcript - *Daniel Borup* | 6396-029 | $85.00 | | $85.00 |
| | 7/2/2012 | Depo Transcript - *Michael Borup* | 6396-029 | $85.00 | | $85.00 |
| | 8/31/2012 | Depo Transcript - *Kent Corbett* | 6396-029 | $44.60 | $22.30 | $22.30 |
| | 8/31/2012 | Depo Transcript - *Jeremy Gugino* | 6396-029 | $157.18 | $157.18 | |
| | 8/31/2012 | Depo Transcript - *Chad Borup* | 6396-029 | $237.72 | $237.72 | |
| Filing Fees | 5/31/2011 | Court Filing Fee - *Adv Case No. 11-06031-JDP* | 6396-029 | $250.00 | $250.00 | |
| | 3/21/2012 | Court Filing Fee - *Adv Case No. 12-06018-TLM* | 8053-002 | $293.00 | | $293.00 |
| Postage | 5/31/2011 | Postage - service copies - *Complaint* | 6396-029 | $78.72 | $78.72 | |
| | 6/3/2011 | Postage - service copies - *TRO* | 6396-029 | $43.68 | $43.68 | |
| | 1/30/2012 | Postage - service copies - *App to Employ/Mtn for Approval of Compromise* | 8053-001 | $26.00 | | $26.00 |
| | 1/30/2012 | Postage - Service copies - *Amended App to Employ* | 6396-024 | $39.60 | $39.60 | |
| | 4/11/2012 | Postage - service copies - *Supplemental App to Employ* | 8053-001 | $1.70 | | $1.70 |
| | 4/11/2012 | Postage - service copies - *Mtn for TRO/PI* | 8053-002 | $1.70 | | $1.70 |
| | 7/30/2012 | Postage - service copies - *First App for Fees/Costs & Mtn to Approve Compromise* | 6396-024 | $14.85 | $14.85 | |
| | 7/30/2012 | Postage - service copies - *First App for Fees/Costs & Mtn to Approve Compromise* | 8053-001 | $13.05 | | $13.05 |

Final Application for Fees and Expenses
**Exhibit B**

**Costs and Expenses for Borup cases**

| Category | Date | Description | AJA Matter ID | Total Amount | Split to BK Case No. 10-02943-JDP (Dean & Gail Borup) | Split to BK Case No. 10-02944-TLM (Keith and Judy Borup) |
|---|---|---|---|---|---|---|
| | 8/6/2012 | Postage - service copies - *Second App for Fees/Costs & Mtn to Approve Compromise* | 8053-001 | $13.05 | | $13.05 |
| | 12/17/2012 | Postage - service copies - *Final App for Fees/Costs* | 6396-024 | $16.65 | $16.65 | |
| | 12/17/2012 | Postage - service copies - *Final App for Fees/Costs* | 8053-001 | $13.95 | | $13.95 |
| **Recording Fees** | 5/2/2011 | Recording Fee - *Notice of Lis Pendens* | 6396-029 | $28.00 | $14.00 | $14.00 |
| | 8/1/2012 | Recording Fee - *transfer deeds* | 6396-077 | $218.00 | $109.00 | $109.00 |
| **Service Fees** | 6/16/2011 | Service Fee - *Pioneer Federal Credit Union* - TRO re: 7 Dwarfs and Neilson, Inc. | 6396-029 | $45.00 | $22.50 | $22.50 |
| | 6/16/2011 | Service Fee - *Chase Bank* - TRO re: 7 Dwarfs and Neilson, Inc. | 6396-029 | $45.00 | $22.50 | $22.50 |
| | 6/16/2011 | Service Fee - *Zions Bank* - TRO re: 7 Dwarfs and Neilson, Inc. | 6396-029 | $45.00 | $22.50 | $22.50 |
| | 6/16/2011 | Service Fee - *7 Dwarfs FLP* - TRO re: 7 Dwarfs and Neilson, Inc. | 6396-029 | $65.00 | $65.00 | |
| | 6/16/2011 | Service Fee - *Neilson, Inc.* - TRO re: 7 Dwarfs and Neilson, Inc. | 6396-029 | $65.00 | $32.50 | $32.50 |
| | 6/23/2011 | Service Fee - *Chase Bank* (Subpoena re: 7 Dwarfs, Dean Borup or Neilson, Inc. - docs received for 7 Dwarfs only) | 6396-029 | $45.00 | $45.00 | |
| | 6/23/2011 | Service Fee - *Neilson, Inc. & 7 Dwarfs FLP* - Preliminary Injunction re: 7 Dwarfs and Neilson, Inc. | 6396-029 | $45.00 | $22.50 | $22.50 |
| | 12/12/2011 | Service Fee - *Home Federal Bank* (Subpoena re: BCI, BCP, Dean & Gail Borup - docs received for BCI and BCP) | 6396-024 | $45.00 | $22.50 | $22.50 |
| | 12/12/2011 | Service Fee - *Capital One* (Subpoena re: BCI, BCP, Dean & Gail Borup - docs received for BCI) | 6396-024 | $45.00 | $22.50 | $22.50 |
| | 12/12/2011 | Service Fee - *Citimortgage* (BCI, BCP, Dean & Gail Borup - no records for BCI or BCP) | 6396-024 | $45.00 | $45.00 | |
| | 12/12/2011 | Service Fee - *Zions Bank* (Subpoena re: BCI, BCP, Dean & Gail Borup - no records for BCI or BCP) | 6396-024 | $45.00 | $45.00 | |
| | 12/12/2011 | Service Fee - *BOTC* (Subpoena re: BCI, BCP, Dean & Gail Borup - docs received for BCI) | 6396-024 | $45.00 | $22.50 | $22.50 |
| | 12/12/2011 | Service Fee - *Wells Fargo Home Mortgage* (Subpoena re: BCI, BCP, Dean & Gail Borup - no docs received) | 6396-024 | $45.00 | $22.50 | $22.50 |
| | 12/12/2011 | Service Fee - *Wells Fargo Bank* (Subpoena re: BCI, BCP, Dean & Gail Borup - no docs received) | 6396-024 | $10.00 | $5.00 | $5.00 |

Final Application for Fees and Expenses
Exhibit B

**Costs and Expenses for Borup cases**

| Category | Date | Description | AJA Matter ID | Total Amount | Split to BK Case No. 10-02943-JDP (Dean & Gail Borup) | Split to BK Case No. 10-02944-TLM (Keith and Judy Borup) |
|---|---|---|---|---|---|---|
| | 12/15/2011 | Service Fee - *AHMSI* (Subpoena re: BCI, BCP, Dean & Gail Borup - no docs received for BCI or BCP) | 6396-029 | $150.00 | $150.00 | |
| | 12/15/2011 | Service Fee - *M&T Bank* (Subpoena re: BCI, BCP, Dean & Gail Borup - docs received for BCI) | 6396-029 | $125.00 | $62.50 | $62.50 |
| | 6/14/2012 | Service Fee - *Dean Borup* - Depo Notice | 6396-077 | $45.00 | $22.50 | $22.50 |
| | 6/14/2012 | Service Fee - *Keith Borup* - Depo Notice | 6396-077 | $45.00 | $22.50 | $22.50 |
| | 6/14/2012 | Service Fee - *Citimortgage* (Keith & Judy Borup) | 8053-002 | $45.00 | | $45.00 |
| | 7/2/2012 | Service Fee - *Keith Borup* - Amended Depo Notice | 6396-029 | $45.00 | $22.50 | $22.50 |
| | 7/2/2012 | Service Fee - *Dean Borup* - Amended Depo Notice | 6396-029 | $45.00 | $22.50 | $22.50 |
| | 7/16/2012 | Service Fee - *Hooper Cornell* (Subpoena re: Dean & Gail Borup) | 6396-029 | $50.00 | $50.00 | |
| | 8/20/2012 | Service Fee - *Lance Churchill & Frontline Seminars* (re: Dean & Keith Borup) | 6396-029 | $45.00 | $22.50 | $22.50 |
| | | **TOTAL CHARGES** | | **$10,599.65** | **$6,577.31** | **$4,022.34** |

**EXHIBIT C**

**NARRATIVE SHEET**

| | | Information Requested | Information Given |
|---|---|---|---|
| **I.** | | **BACKGROUND:** The background information of the bankruptcy case, to the best of Applicant's knowledge is as follows: | |
| | A. | Date the bankruptcy petitions were filed | Case No. 10-02943-JDP: 9/10/2010 Case No. 10-02944-TLM: 9/10/2010 |
| | B. | Date of the "Order Authorizing Employment of Counsel" | Case No. 10-02943-JDP: 3/21/2012 Case No. 10-02944-TLM:   3/21/2012 and 8/7/2012 |
| | C. | Date services commenced | October 14, 2010 (services commenced on this date, which were beneficial to both bankruptcy estates) |
| | D. | Rate Applicant charges its non-bankruptcy clients for similar services | Same as bankruptcy clients: $195.00-$250.00 per hour. |
| | E. | Application is final or interim. | Final |
| | F. | Time period of the services or expenses covered by the Application | December 29, 2010 through December 14, 2012 |
| | | | |
| **II.** | | **CASE STATUS:** To the best of the Applicant's knowledge, the financial condition and status of the case is as follows: | |
| | A. | The amount of cash on hand or on deposit in the estate. | The sum of $0.00 is presently being held in a trust account with Angstman Johnson.  It is believed that each bankruptcy estate currently holds in excess of $400,000.00. |
| | B. | Amount and nature of accrued, unpaid administrative expenses. | To the best of the applicant's knowledge, the only other unpaid administrative expenses are expenses for each estate's other professionals, if any. |
| | C. | The amount of unencumbered funds in the estate. | There should be sufficient unencumbered funds in the estate to pay the costs and expenses described herein. |
| | | | |
| **III.** | | **PROJECT SUMMARY:** Description of each professional project or task for which compensation and reimbursement is sought | |

1

| | | Information Requested | Information Given |
|---|---|---|---|
| A. | | Description of the projects. | See Exhibit B attached hereto for a detailed list of the specific costs and expenses for which counsel is seeking reimbursement. The services performed for the estates by the applicant for which the costs and expenses were incurred include:  Fee/Employment Applications and Litigation, in two separate cases (BK Case Nos. 10-02943-JDP and 10-02944-TLM, and their related adversary proceedings, Adv. Case Nos. 11-06031-JDP and 12-06018-TLM). |
| B. | | Necessity of projects. | **Fee/Employment Applications** were necessary in order to receive approval for the employment and compensation of counsel. Counsel's services were necessary in order to pursue the litigation described below.<br><br>**Litigation** was pursued to recover property transferred by the various Debtors prior to their bankruptcy petitions.  This litigation has resulted in a negotiated agreement with most of the Defendants, which is the subject of a previously-approved compromise.<br><br>The costs and expenses described in this Application were necessarily incurred in providing the services detailed above. |
| C. | | Benefit of projects to the estate. | The projects allowed the Trustees for each estate to hire the attorneys, and to seek and recover fraudulently transferred assets for the benefit of the respective bankruptcy estates. |
| D. | | Status of project. | Final.  The compromise between the estates and the adversary defendants was previously approved, and the estates have liquidated the property received as a result of the compromise. |
| E. | | Identification of each person providing services on the projects. | Identification of the individuals involved in the various projects was previously provided with the interim applications for compensation.  *See* Case No. 10-02943-JDP (Docket No. 111-1) and Case No. 10-02944-TLM (Docket Nos. 110-1 and 116-1). |

|   | Information Requested | Information Given |
|---|---|---|
| F. | Number of hours spent and the amount of compensation requested for each professional and para-professional. | As this is a contingency-fee case, there are no specific requests for each individual involved in providing services to the estates. Further, as this Application solely seeks reimbursement for costs and expenses, there are no requests for compensation for each professional or paraprofessional. |
| G. | Itemized time and services entries. | See the attached Exhibit B, which lists the specific costs and expenses for which counsel seeks reimbursement. |

3

Label Matrix for local noticing
0976-1
Case 10-02943-JDP
District of Idaho [LIVE]
Boise
Mon Apr 15 14:24:40 MDT 2013

7 Dwarves Family Limited Partnership, et al.
c/o Foley Freeman, PLLC
77 E Idaho St, Ste 100
Meridian, ID 83642-2670

American Home Mortgage Servicing, Inc.
c/o Lance E Olsen
13555 SE 36th St, Suite 300
Belevue, WA 98006-1489

Chase Bank USA, N. A.
Attention Bk Dept
Mail Code CA2-0824
10790 Rancho Bernardo Road
San Diego, CA 92127-5705

CitiMortgage, Inc.
c/o Lance E Olsen
13555 SE 36th St, Suite 300
Bellevue, WA 98006-1489

Home Federal Bank
c/o Perry Law, P.C.
2627 W. Idaho Street
P.O. Box 637
Boise, ID 83701-0637

JP Morgan Chase Bank, NA
Routh Crabtree Olsen, PS
Mark Moburg
13555 SE 36th St
Suite 300
Bellevue, WA 98006-1489

Meridian Road Trust
c/o Patrick John Geile
Foley Freeman, PLLC
PO Box 10
Meridian, ID 83680-0010

Recovery Management Systems Corporation for
25 SE 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Zions First National Bank
c/o G. Troy Parkinson
15 W South Temple, Suite 1700
Salt Lake City, UT 84101-1549

Boise
U.S. Bankruptcy Court, Suite 400
550 West Fort Street
Boise, ID 83724-0101

7 Dwarfs FLP
PO BOX 855
Meridian, ID 83680-0855

(p)ADA COUNTY ADA COUNTY TREASURER
200 W FRONT STREET
1ST FLOOR
BOISE ID 83702-7300

American Home Mortgage
POB 619063
Dallas TX 75261-9063

Bank of the Cascades
121 N. 9th ST Suite 100
Boise, ID 83702-5822

Bank of the Cascades
c/o Randall A. Peterman
Moffatt, Thomas, Rock &
PO Box 829
Boise, ID 83701-0829

Borup Construction Inc
2090 Freedom Lane
Meridian ID 83646-5526

COFACE Collections of N America
Windsor Corporate Park
Building 100 Ste 350
50 Millstone Rd
East Windsor NJ 08520-1419

Capital One
PO BOX 105474
Atlanta, GA 30348-5474

Chase Bank
PO BOX 24696
Columbus, OH 43224-0696

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Citi Cards
POB 183037
Columbus OH 43218-3037

Citi Mortgage Inc
PO BOX 6006
The Lakes, NV 88901-6006

CitiMortgage, Inc.
13555 SE 36th St., Suite 300,
Bellevue, WA 98006-1489

DeLange London Financial
PO BOX 41602
Philadelphia, PA 19101-1602

Home Federal Bank
PO BOX 190
Nampa, ID 83653-0190

Home Federal Bank
POB 637
Boise ID 83701-0637

Idaho State Tax Commission
PO Box 36
Boise, ID 83707-0036

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

KandJ FLP
PO BOX 855
Meridian, ID 83680-0855

EXHIBIT D

Kandj Family Limited Partnership
c/o Entity Services Inc Registered Agent
967 E Parkcenter Blvd #311
Boise ID 83706-6721

Keith Borup
2090 Freedom Lane
Meridian, ID 83646-5526

Luis Rivera
1135 E. Ustic RD
Meridian, ID 83646-5556

M & T Bank
PO BOX 13280
Mesa, AZ 85216-3280

Neilson Inc
PO BOX 855
Meridian, ID 83680-0855

PYOD LLC its successors and assigns as assig
Citibank, NA
c/o Resurgent Capital Services
PO Box 19008
Greenville, SC 29602-9008

Recovery Management Systems Corporation
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Todd McCulloch
2739 S Palmatier Way
Boise ID 83716-5693

US Trustee
Washington Group Central Plaza
720 Park Blvd, Ste 220
Boise, ID 83712-7785

United Mileage Plus
Cardmember Services
PO BOX 94014
Palatine, IL 60094-4014

Wells Fargo
PO BOX 53476
Phoenix, AZ 85072-3476

Wells Fargo Home Loans
PO BOX 30427
Los Angeles, CA 90030-0427

(p)ZIONS FIRST NATIONAL BANK
LEGAL SERVICES UT ZB11 0877
P O BOX 30709
SALT LAKE CITY UT 84130-0709

D Blair Clark
1513 Tyrell Lane, Suite 130
Boise, ID 83706-4255

Dean Marvin Borup
11300 Chickadee Dr
Boise, ID 83709-1221

Gail Spjute Borup
11300 Chickadee Dr
Boise, ID 83709-1221

Jeffrey Philip Kaufman
Law Office of D. Blair Clark, PLLC
1513 Tyrell Lane
Suite 130
Boise, ID 83706-4255

Jeremy Gugino
410 S. Orchard Street
Suite 144
Boise, ID 83705-1288

Jude Gary
Metropolitan Real Estate
7080 Sorenson
Boise, ID 83709-4226

Patrick John Geile
FOLEY FREEMAN, PLLC
POB 10
Meridian, ID 83680-0010

Roger Clubb
Simmons & Clubb
410 S Orchard Ste 156
Boise, ID 83705-1210

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ada County Treasurer
200 W. Front St.
PO Box 2868
Boise, ID 83701

Internal Revenue Service
550 W. Fort St.
Boise, ID 83724

Zions Bank
PO BOX 1507
Salt Lake City, UT 84110-1507

(d)Zions First National Bank
Womens Financial Group
One South Maint Street
Salt Lake City, UT 84111

EXHIBIT D

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Homeward Residential, Inc.                End of Label Matrix
Pite Duncan, LLP                             Mailable recipients    50
                                             Bypassed recipients     1
                                             Total                  51

EXHIBIT D

Label Matrix for local noticing
0976-1
Case 10-02944-TLM
District of Idaho  [LIVE]
Boise
Mon Apr 15 14:25:16 MDT 2013

7 Dwarves Family Limited Partnership, et al.
c/o Patrick Geile
POB 10
Meridian, ID 83680-0010

Capital One Bank (USA), N.A. by American Inf
PO Box 71083
Charlotte, NC 28272-1083

CitiMortgage, Inc.
c/o Lance Olsen
300 Main St #150
Boise, ID 83702-7728

Home Federal Bank
c/o Perry Law, P.C.
2627 W. Idaho Street
P.O. Box 637
Boise, ID 83701-0637

Kandj Family Limited Partnership
c/o Entity Services, Inc.
Registered Agent
967 E Parkcenter Blvd #311
Boise, ID 83706-6721

Meridian Road Trust
c/o Patrick Geile
POB 10
Meridian, ID 83680-0010

Boise
U.S. Bankruptcy Court, Suite 400
550 West Fort Street
Boise, ID 83724-0101

7 Dwarfs FLP
c/o Patrick J. Geile
Foley Freeman, PLLC
PO Box 10
Meridian, ID 83680-0010

(p)ADA COUNTY ADA COUNTY TREASURER
200 W FRONT STREET
1ST FLOOR
BOISE ID 83702-7300

Bank of the Cascades
121 N. 9th ST Suite 100
Boise, ID 83702-5822

Bank of the Cascades
c/o Randall A. Peterman
Moffatt, Thomas, Barrett, Rock & Fields
PO Box 829
Boise, ID 83701-0829

Borup Construction
2090 Freedom Lane
Meridian, ID 83646-5526

COFACE Collections N.America
900 Chapel St.
New Haven, CT 06510-2889

Capital One
PO BOX 105474
Atlanta, GA 30348-5474

Capital One Bank
PO BOX 60599
City of Industry, CA 91716-0599

Capital One Bank (USA), N.A.
PO Box 248839
Oklahoma City, OK  73124-8839

Capital One Bank (USA), N.A.
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC  28272-1083

CitiMortgage, Inc
c/o Lance E. Olsen
Routh Crabtree Olsen
300 Main St., #150
Boise, ID 83702-7728

DeLange London Financial
PO BOX 41602
Philadelphia, PA 19101-1602

Dean Borup
11300 Chickadee DR
Boise, ID 83709-1221

Discover Bank,DB Servicing Corporation.
PO Box 3025
New Albany, OH 43054-3025

(p)DISCOVER FINANCIAL SERVICES LLC
PO BOX 3025
NEW ALBANY OH 43054-3025

Home Federal Bank
c/o Trevor Hart
2627 W. Idaho Street
P.O. Box 637
Boise, ID 83701-0637

Idaho State Tax Commission
PO Box 36
Boise, ID 83707-0036

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Kandj FLP
c/o Patrick Geile
POB 10
Meridian ID 83680-0010

Keith Borup
2090 Freedom Lane
Meridian, ID 83646-5526

Luis Rivera
1135 E. Ustick RD.
Meridian, ID 83646-5556

M & T Bank
PO BOX 13280
Mesa, AZ 85216-3280

EXHIBIT D

Meridian Road Trust
c/o Patrick J. Geile
Foley Freeman, PLLC
PO Box 10
Meridian, ID 83680-0010

Neilson Inc
PO BOX 855
Meridian, ID 83680-0855

Todd McCulloch
3244 S. Rookery Lane
Boise, ID 83706-5471

US Trustee
Washington Group Central Plaza
720 Park Blvd, Ste 220
Boise, ID 83712-7785

Wells Fargo
PO BOX 53476
Phoenix, AZ 85072-3476

Wells Fargo Home Loans
PO BOX 30427
Los Angeles, CA 90030-0427

Zion's Bank
PO BOX 1507
Salt Lake City, UT 84110-1507

(p)ZIONS FIRST NATIONAL BANK
LEGAL SERVICES UT ZB11 0877
P O BOX 30709
SALT LAKE CITY UT 84130-0709

D Blair Clark
1513 Tyrell Lane, Suite 130
Boise, ID 83706-4255

Jeffrey Philip Kaufman
Law Office of D. Blair Clark, PLLC
1513 Tyrell Lane
Suite 130
Boise, ID 83706-4255

Jeremy Gugino
410 S. Orchard Street
Suite 144
Boise, ID 83705-1288

Jude Gary
Metropolitan Real Estate
7080 Sorenson
Boise, ID 83709-4226

Judith Ann Borup
2090 Freedom Lane
Meridian, ID 83646-5526

Keith Stewart Borup
2090 Freedom Lane
Meridian, ID 83646-5526

Kimbell Gourley
Jones Gledhill
POB 1097
Boise, ID 83701-1097

Patrick John Geile
FOLEY FREEMAN, PLLC
POB 10
Meridian, ID 83680-0010

Richard Thurber
Coldwell Banker
1173 E. Winding Creek Dr
Eagle, ID 83616-7232

Richard E Crawforth
410 S Orchard St , Ste 172
Boise, ID 83705-1293

Roger Clubb
Simmons & Clubb
410 S Orchard Ste 156
Boise, ID 83705-1210

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Ada County Treasurer
200 W. Front St.
PO Box 2868
Boise, ID 83701

Discover Card
PO BOX 30943
Salt Lake City, UT 84130

Internal Revenue Service
550 W. Fort St.
Boise, ID 83724

Zions First National Bank
Womens Financial Group
One South Maint St.
Salt Lake City, UT 84111

EXHIBIT D

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Neilson, Inc                    (d)Todd McCulloch                End of Label Matrix
PO BOX 855                         3244 S Rookery Lane              Mailable recipients    48
Meridian, ID 83680-0855            Boise, ID 83706-5471             Bypassed recipients     2
                                                                    Total                  50

EXHIBIT D