Richard E. Crawforth
trustee@richardcrawforth.com
410 S. Orchard, Suite 172
Boise, Idaho  83705
Telephone:  (208) 424-8188
Facsimile:  (208) 344-0785
Chapter 7 Bankruptcy Trustee

United States Bankruptcy Court

District of Idaho

| In Re: | ) | |
|---|---|---|
| BORUP, KEITH STEWART | ) | |
| BORUP, JUDITH ANN | ) | Case No. 10-02944 TLM |
| | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |

WITHDRAWAL OF TRUSTEE'S OBJECTION TO CLAIM

The Trustee in the above entitled case states the following:

1. On April 22, 2013, Trustee filed an objection to Proof of Claim No. 2, filed by Todd McCulloch ("Claimant");
2. On May 30, 2013, Trustee reviewed the case docket and, seeing no response to his objection, filed a Request for an Order disallowing Proof of Claim No. 2; however, Trustee failed to notice that Claimant had filed an amended claim.
3. Therefore, Trustee hereby withdraws his request for an Order disallowing Proof of Claim No. 2, pending Trustee's review of the amended claim.

DATED:  May 31, 2013

__/S/  Richard E. Crawforth_____
Richard E. Crawforth
Trustee

WITHDRAWAL OF REQUEST FOR AN ORDER DISALLOWING CLAIM 10-02944 TLM

## *CERTIFICATE OF SERVICE*

      I hereby certify that on this date as indicated below, I electronically filed the foregoing Withdrawal of Request for an Order Disallowing Claim with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals so noted below.  I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*\*Electronic Notification:*

U.S. TRUSTEE
*ECF:* ustp.region18.bs.ecf@usdoj.gov

D BLAIR CLARK
LAW OFFICES OF D. BLAIR CLARK
1513 TYRELL LN., STE. 130
BOISE, ID  83706

*Served by U.S. MAIL :*

BORUP, KEITH STEWART
BORUP, JUDITH ANN
2090 FREEDOM LANE
MERIDIAN, ID  83646

TODD MCCULLOCH
3244 S ROOKERY LANE
BOISE, ID  83706

/S/  Richard E. Crawforth
Chapter 7 Bankruptcy Trustee
Date: May 31, 2013