Roger Clubb
Simmons & Clubb
410 S. Orchard Street, Suite 156
Boise, Idaho 83705
Telephone: (208) 336-6800

United States Bankruptcy Court

District of Idaho

In Re: )
)
BORUP, KEITH STEWART )    Case No. 10-02944 TLM
BORUP, JUDITH ANN )
)    Chapter 7
)
)
Debtor(s) )

## APPLICATION FOR COMPENSATION OF ACCOUNTANT

**Notice of Application for an Order Approving Compensation of Professional Accountant and Opportunity to Object and for a Hearing**

No Objection. The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

Objection. Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

Hearing on Objection. The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

The undersigned Accountant in support of this application for compensation represents to the Court as follows:

1. Applicant has been employed by the Trustee for the above-entitled case and the employment has been approved by the Court (Doc 127).
2. Applicant does not represent any interest that is adverse to the Trustee or the estate of the debtor.
3. Applicant has not acquired an interest directly or indirectly in any property of the estate.
4. Application requests compensation in the amount of $1,502.50 and reimbursement of actual expenses in the amount of $0.00.
5. Attached hereto, as Exhibit A to this application, is a detailed statement in support of this application setting forth the date services were provided, a description of services provided and time expended providing said services.

APPLICATION FOR COMPENSATION OF ACCOUNTANT 10-02944 TLM

DATED: July 16, 2013

_____
Roger Clubb
Certified Public Accountant

### Accommodation Filing

This document is being filed by the trustee as an accommodation to one of its professionals who is not registered to file electronically with the United States Bankruptcy Court for the District of Idaho. The signed original of this document will be maintained at the trustee's office until this case is closed.

## CERTIFICATE OF SERVICE

I hereby certify that on this date as indicated below, I electronically filed the foregoing Application for Compensation of Accountant with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals so noted below. I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification*

U.S. TRUSTEE
*ECF:* ustp.region18.bs.ecf@usdoj.gov

D BLAIR CLARK
1513 TYRELL LN., STE. 130
BOISE, ID 83706

*Served by U.S. MAIL*

BORUP, KEITH STEWART
BORUP, JUDITH ANN
2090 FREEDOM LANE
MERIDIAN, ID 83646

Roger Clubb
Simmons & Clubb,
410 S. Orchard Street, Suite 156
Boise, ID 83705

/S/ Richard E. Crawforth
Chapter 7 Bankruptcy Trustee
Date: July 16, 2013