# SIMMONS AND OLUBBS
## CERTIFIED PUBLIC ACCOUNTAINS

A PROFESSIONAL COMPANY
410 S. ORCHARD • SUITE 156
BOISE, IDAHO 83705

Telephone
(208) 336-6800

FAX (208) 343-2381

Member American Institute
of Certified Public Accountants

```
KEITH AND JUDITH BORUP                    INVOICE NO.:  0020198-IN
RICHARD CRAWFORTH, TRUSTEE                       DATE:  06/30/13
410 S. ORCHARD ST. SUITE 172              CLIENT CODE:  30000D
BOISE, ID  83705
```

---
FOR PROFESSIONAL SERVICES RENDERED:
---

ACCOUNTING SERVICES PER ATTACHED
DETAIL SUMMARY.

                                          AMOUNT DUE:      1502.50


PAYMENT DUE UPON RECEIPT
==================================================================
CURRENT      OVER 30     OVER 60     OVER 90    OVER 120    BALANCE DUE

1502.50                                                      1502.50

FINANCE CHARGE: Periodical rate 1.00% • Annual rate 12% applied to accounts over 30 days

Ex A

# Keith and Judith Borup Bankruptcy Estate

Recap of Services Performed
May through July, 2013

| Date | By | Hours | Rate | Total Charged | Description of Service Performed |
|---|---|---|---|---|---|
| 05/22/13 | RC | 2.00 | 165.00 | 330.00 | Gather closing statements, schedule bank account activity |
| 05/23/13 | RC | 2.50 | 165.00 | 412.50 | continue accounting, request basis information from Trustee |
| 06/11/13 | RC | 1.00 | 165.00 | 165.00 | Accounting for property sales, trustee payments |
| 06/26/13 | RC | 2.50 | 165.00 | 412.50 | Complete accounting, prepare 2012 tax returns |
| 06/26/13 | RC | 0.50 | 165.00 | 82.50 | Prepare prompt assessment notices for Federal returns |
| 07/01/13 | MP | 0.40 | 85.00 | 34.00 | Review Returns |
| 07/08/13 | RC | 0.40 | 165.00 | 66.00 | Final Review and Sign returns, deliver to Trustee |
|  |  |  |  | 0.00 |  |
|  |  |  |  | 0.00 |  |
|  |  |  |  | 0.00 |  |
|  |  |  |  | 0.00 |  |
|  |  | 9.30 |  | 1502.50 | Total invoice amount |