# SIMMONS AND CLUBB
## CERTIFIED PUBLIC ACCOUNTANTS

A PROFESSIONAL COMPANY
410 S. ORCHARD • SUITE 156
BOISE, IDAHO 83705

Telephone
(208) 336-6800

FAX (208) 343-2381

Member American Institute
of Certified Public Accountants

```
KEITH AND JUDITH BORUP                INVOICE NO.:  0020198-IN
RICHARD CRAWFORTH, TRUSTEE                   DATE:  06/30/13
410 S. ORCHARD ST. SUITE 172          CLIENT CODE:  30000D
BOISE, ID  83705
```

---
FOR PROFESSIONAL SERVICES RENDERED:
---

ACCOUNTING SERVICES PER ATTACHED
DETAIL SUMMARY.

                                              AMOUNT DUE:     1502.50


                        PAYMENT DUE UPON RECEIPT
===========================================================================
  CURRENT      OVER 30      OVER 60      OVER 90     OVER 120   BALANCE DUE

  1502.50                                                          1502.50


FINANCE CHARGE: Periodical rate 1.00% • Annual rate 12% applied to accounts over 30 days

EX A

# Keith and Judith Borup Bankruptcy Estate

*Recap of Services Performed*
*May through July, 2013*

| Date | By | Hours | Rate | Total Charged | Description of Service Performed |
|---|---|---|---|---|---|
| 05/22/13 | RC | 2.00 | 165.00 | 330.00 | Gather closing statements, schedule bank account activity |
| 05/23/13 | RC | 2.50 | 165.00 | 412.50 | continue accounting, request basis information from Trustee |
| 06/11/13 | RC | 1.00 | 165.00 | 165.00 | Accounting for property sales, trustee payments |
| 06/26/13 | RC | 2.50 | 165.00 | 412.50 | Complete accounting, prepare 2012 tax returns |
| 06/26/13 | RC | 0.50 | 165.00 | 82.50 | Prepare prompt assessment notices for Federal returns |
| 07/01/13 | MP | 0.40 | 85.00 | 34.00 | Review Returns |
| 07/08/13 | RC | 0.40 | 165.00 | 66.00 | Final Review and Sign returns, deliver to Trustee |
|  |  |  |  | 0.00 |  |
|  |  |  |  | 0.00 |  |
|  |  |  |  | 0.00 |  |
|  |  |  |  | 0.00 |  |
|  |  | 9.30 |  | 1502.50 | Total invoice amount |