Richard E. Crawforth
trustee@richardcrawforth.com
410 So. Orchard St., Suite 172
Boise, ID 83705
Telephone: (208) 424-8188
Facsimile: (208) 344-0785
Chapter 7 Bankruptcy Trustee

U.S. COURTS

SEP 03 2013

Rcvd_____ Filed_____ Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

United States Bankruptcy Court

District of Idaho

In Re:                                        )
                                              )
BORUP, KEITH STEWART                          )
BORUP, JUDITH ANN                             )    Case No. 10-02944 TLM
                                              )
                                              )    Chapter 7
                                              )
           Debtor(s)                          )

TURNOVER OF FUNDS TO COURT

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the Trustee turns over to the Clerk of the U.S. Bankruptcy Court the following funds for the reason stated below:

1. The following represents funds paid the Court pursuant to Bankruptcy Rule 3010.

| Creditor | Claims | Amount Not Disbursed |
|---|---|---|
| | | |
| | Total: | |

2. The following funds represent disbursements to creditors that were not claimed within 90 days and are therefore paid to the Court pursuant to 11 U.S.C. § 347 (a)

| Creditor | Check No | Dated | Amount |
|---|---|---|---|
| West Boise Sewer Dist<br>7608 Ustick Rd.<br>Boise, ID 83704 | 10137 | 6/3/13 | $3.50 |
| | | Total: | $3.50 |

TOTAL AMOUNT REMITTED:    $3.50

DATED: September 3, 2013

Richard E. Crawforth
Trustee

FEE PAID
R#59522

TURNOVER OF FUNDS TO COURT  10-02944 TLM