Kimbell D. Gourley/ISB No. 3578
JONES ♦GLEDHILL ♦FUHRMAN ♦ GOURLEY, P.A.
The 9th & Idaho Center
225 N. 9th Street, Suite 820
P.O. Box 1097
Boise, ID 83701
Telephone: (208) 331-1170
Facsimile: (208) 331-1529
Email: kgourley@idalaw.com

Attorneys for Richard Crawforth, Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

| In the matter of: | ) | |
|---|---|---|
| | ) | Case No.: 10-02944-TLM |
| KEITH STEWART BORUP and JUDITH ANN BORUP, | ) | **Chapter 7** |
| | ) | |
| Debtors. | ) | |

## NOTICE OF HEARING ON TRUSTEE'S OBJECTION TO CLAIM

NOTICE IS HEREBY GIVEN that Chapter 7 Trustee, Richard Crawforth, by and through his attorneys of record, Jones ♦Gledhill ♦Fuhrman ♦Gourley, P.A., will call on for hearing his Objection to Claim before the above-entitled court on the 21st day of October, 2013, at 1:30 o'clock, p.m., or as soon thereafter as counsel may be heard, at the United States Courthouse & Federal Building, 550 West Fort Street, Fifth Floor, Boise, Idaho before the Honorable Judge Terry Myers.

NOTICE OF HEARING - 1

DATED this 13th day of September, 2013.

JONES ♦GLEDHILL ♦FUHRMAN ♦GOURLEY, P.A.

By _____
Kimbell D. Gourley
Attorneys for Chapter 7 Trustee, Richard E. Crawforth

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 13th day of September, 2013, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the CM/ECF System which sent a Notice of Electronic Filing to the following persons:

| |
|---|
| D. Blair Clark – dbc@dbclarklaw.com |
| Richard E. Crawforth - REC-7TTE@cableone.net |
| U.S. Trustee – ustp.region18.bs.edf@usdoj.gov |
| Matthew K. Shriver – ecfid@rcflegal.com |
| Trevor L. Hart – tlh@perrylawpc.com |
| Matthew T. Christensen – mtc@angstman.com |
| Patrick J. Geile – pgeile@foleyfreeman.com |
| Jeffrey P. Kaufman – Jeffrey@dbclarklaw.com |
| Shannon M. Clark – ecfid@rcolegal.com |
| Lance E. Olsen – ecfid@reflegal.com |
| Jeremy Gugino – Gugino@cableone.net |

Additionally, I certify that the following listed non-registered CM/ECF participants were served a copy of the foregoing by first class mail, postage prepaid, addressed to:

| |
|---|
| Keith S. Borup and Judith A. Borup<br>2090 Freedom Lane<br>Meridian, ID 83646 |
| Richard Thurber<br>Coldwell Banker<br>1173 E. Winding Creek Dr.<br>Eagle, ID 83616 |

NOTICE OF HEARING - 2

| |
|---|
| Jude Gary<br>Metropolitan Real Estate<br>7080 Sorenson<br>Boise, ID 83709 |
| Todd McCulloch<br>3244 S. Rookery Lane<br>Boise, ID 83706 |

_____
Kimbell D. Gourley

NOTICE OF HEARING - 3