Richard E. Crawforth
trustee@richardcrawforth.com
410 S. Orchard Street, Ste. 172
Boise, ID  83705
Telephone:  (208) 424-8188
Facsimile:  (208) 344-0785
Chapter 7 Bankruptcy Trustee

United States Bankruptcy Court

District of Idaho

In Re: ) Chapter 7
)
BORUP, KEITH STEWART )
BORUP, JUDITH ANN ) Case No. 10-02944  TLM
)
)
Debtor(s) )

WITHDRAWAL OF APPLICATION FOR COMPENSATION OF ACCOUNTANT

The Trustee in the above-entitled case filed an Application for Compensation of Accountant (Docket #246) in error.  Said application is a duplicate of the Amended Application for Compensation of Account filed as Docket #242.  Therefore, the Trustee withdraws the duplicate application.

Date:  September 27, 2013        /S/  Richard E. Crawforth            .
Richard E. Crawforth,
Chapter 7 Trustee

WITHDRAWAL OF APPLICATION FOR COMPENSATION OF ACCOUNTANT  10-02944 TLM