United States Bankruptcy Court
District of Idaho

In Re: )
)
BORUP, KEITH STEWART ) Case No: 10-02944 TLM
BORUP, JUDITH ANN )
) Chapter 7
Debtor(s) )
)
)

---

ORDER APPROVING AMENDED APPLICATION FOR COMPENSATION
OF ACCOUNTANT

---

The Accountant for the Chapter 7 Trustee, Roger Clubb of Simmons & Clubb, did file an Amended Application for Compensation with the Court (Docket # 242). The Court has determined that the requested compensation in the amount of $1,502.50 is reasonable. No reimbursement for expenses was requested..

Now therefore: IT IS ORDERED that the Amended Application for Compensation of Accountant is approved for compensation in the amount of $1,502.50.

The compensation is hereby approved without notice to creditors, subject to final review after notice to creditors of Trustee's Final Report and Accounting. // end of text //

DATED: October 1, 2013

TERRY L. MYERS
CHIEF U. S. BANKRUPTCY JUDGE

Order submitted by Richard E. Crawforth, Chapter 7 Bankruptcy Trustee