Richard E. Crawforth
trustee@richardcrawforth.com
410 S. Orchard, Suite 172
Boise, Idaho 83705
Telephone (208) 424-8188
Facsimile (208) 344-0785
Chapter 7 Bankruptcy Trustee

United States Bankruptcy Court

District of Idaho

In Re: )
)
BORUP, KEITH STEWART )
BORUP, JUDITH ANN ) Case No. 10-02944 TLM
)
)
) Chapter 7
)
Debtor(s) )

### TRUSTEE'S OBJECTION TO CLAIM AND NOTICE

TO:  BANK OF THE CASCADES
 C/O RANDALL A PETERMAN
 MOFFATT, THOMAS, BARRETT, ROCK & FIELDS
 PO BOX 829
 BOISE, ID 83702

YOU ARE HEREBY NOTIFIED that the Trustee of the above estate has objected to the allowance of your Claim No. 1, filed on October 21, 2010.

YOU ARE HEREBY NOTIFIED that if you wish to contest the Trustee's objection to your claim, a written reply to the objection must be filed in duplicate within thirty (30) days from the date this objection is mailed. File the original with the U.S. Bankruptcy Court, 550 W. Fort St., MSC 042, Boise, ID 83724; and a copy with the Trustee.

YOU ARE FURTHER NOTIFIED that if the objection is a matter that can be corrected by filing an amended claim, you may do so prior to the expiration of the thirty (30) day period. <u>Failure to file a written response will result in the Trustee requesting that the Court enter an order disallowing the claim to the extent objected to without further notice or hearing.</u>

**OBJECTION**

[X]     Claimant previously received payment in the amount of $164,313.74 for this identical claim filed in bankruptcy case #10-02943-JDP.  Claim should be allowed in the reduced amount of $532,647.60 in the instant bankruptcy case.


DATED:  March 21, 2014                    /S/  Richard E. Crawforth_____
                                          Richard E. Crawforth, Trustee

OBJECTION TO PROOF OF CLAIM AND NOTICE  10-02944

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date as indicated below, I electronically filed the foregoing Objection to Claim and Notice with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the individuals so noted below.  I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-EM/ECF Registered Participant(s) either listed below or on an attached list.

*Electronic Notification:*

U.S. TRUSTEE
*ECF:* ustp.region18.bs.ecf@usdoj.gov

D BLAIR CLARK
LAW OFFICES OF D. BLAIR CLARK
1513 TYRELL LN., STE. 130
BOISE, ID  83706

*Served by U.S. MAIL* :

BORUP, KEITH STEWART
BORUP, JUDITH ANN
2090 FREEDOM LANE
MERIDIAN, ID  83646

BANK OF THE CASCADES
C/O RANDALL A PETERMAN
MOFFATT, THOMAS, BARRETT, ROCK & FIELDS
PO BOX 829
BOISE, ID 83702

/S/  Richard E. Crawforth            .
Chapter 7 Bankruptcy Trustee
Date: March 21, 2014