Richard E. Crawforth
trustee@richardcrawforth.com
410 So. Orchard St., Ste 172
Boise, ID  83705
Phone: (208) 424-8188
Fax:    (208) 344-0785
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| BORUP, KEITH STEWART | ) | Case No. 10-02944 TLM |
| BORUP, JUDITH ANN | ) | |
| | ) | Chapter 7 |
| | ) | |
| Debtor(s) | ) | |
| | ) | |

## TRUSTEE'S APPLICATION FOR COMPENSATION
## AND REIMBURSEMENT OF EXPENSES

The undersigned trustee of the above-entitled estate hereby files this Application for Compensation and Reimbursement of Expenses, and declares as follows:

1.    The petition commencing this case was filed on September 10, 2010.  I was appointed as Chapter 7 trustee on September 10, 2010.

2.    I have filed a Final Report in this case that includes an accounting for the disposition of the property of the estate, an itemized statement of receipts and disbursements, an analysis of the claims filed in the case, and a proposed distribution of funds.

3.    Pursuant to 11 U.S.C. §§330 (a) and 503(b), I request compensation for the services I rendered as trustee in this case in the amount of $44,047.93 and reimbursement of expenses in the amount of $746.64.

4.    Pursuant to 11 U.S.C. §326 (a), the maximum amount of compensation allowable in this case is $44,047.93, computed as follows:

| | | |
|---|---|---|
| Total receipts | $ | 963,052.57 |
| Less: amount paid to debtor, if any | $ | 91,629.31 |
| Non-estate funds paid to 3rd parties | $ | 55,464.59 |
| Amount disbursed to parties in interest, excluding debtor | $ | 815,958.67 |

| | |
|---|---|
| 25% of first $  5,000.00   ($  1,250.00 maximum) | $          1,250.00 |
| 10% of next   45,000.00   ($  4,500.00 maximum) | $          4,500.00 |
| 5% of next  950,000.00   ($47,500.00 maximum) | $        38,297.93 |
| 3% of balance | $                0.00 |
| | |
| MAXIMUM COMPENSATION PER SECTION 326(A) | $        44,047.93 |

I have received $0.00 of the total compensation requested as interim compensation, and now request the additional sum of $44,047.93 as my final compensation.

In addition, I request reimbursement of reasonable and necessary expenses incurred as follows:

| | |
|---|---|
| Premium on Trustee's bond...............................................................$ | 500.82 |
| Necessary travel (72.0 miles @ 50.5 cents/mile)...................................$ | 36.36 |
| Necessary copies (732.0 @ 15.0 cents/copy) ........................................$ | 109.80 |
| Postage ...............................................................................................$ | 99.66 |
| Telephone charges ..............................................................................$ | 0.00 |
| Paralegal staff (0.0 hrs. @ $0.00 /hr.)..................................................$ | 0.00 |
| Other ..................................................................................................$ | 0.00 |
| TOTAL EXPENSES.............................................................................$ | 746.64 |

I have received $0.00 of this total as interim reimbursement of expenses, and now request the additional sum of $746.64 as my final reimbursement.

I.     I have no agreement or understanding with any other person for the division of the compensation sought by this application, except as may be permitted by 11 U.S.C. §330(c).

I.     I respectfully request that the Court enter an order approving the requested compensation and expenses.

I certify under penalty of perjury that the foregoing is true and correct.


May 30, 2014                                       /s/ Richard E. Crawforth
DATE                                                Richard E. Crawforth, TRUSTEE