# United States Bankruptcy Court
### District of Idaho

In re  **Keith Stewart Borup**
**Judith Ann Borup**

Debtor(s)

Case No. **10-02944**
Chapter **7**

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

**The Creditor's former mailing address was:**

Name:   **Neilson Inc**

Address:   **PO BOX 855**
**Meridian, ID 83680**

**Please be advised that effective June 9, 2014,**
**The Creditor's new mailing address is:**

Name:   **Neilson Inc**

Address:   **2090 E Freedom Ln**
**Meridian, ID 83646-5526**

**/s/ D. Blair Clark Idaho**
**D. Blair Clark Idaho 1367, Oregon 05030**
Authorized Signer/Title

# United States Bankruptcy Court
### District of Idaho

In re: **Keith Stewart Borup / Judith Ann Borup**, Debtor(s)

Case No. **10-02944**
Chapter **7**

## NOTICE OF CHANGE OF ADDRESS FOR CREDITOR (GENERIC)

**The Creditor's former mailing address was:**

Name: **Wells Fargo**

Address: **PO BOX 53476**
**Phoenix, AZ 85072-9955**

**Please be advised that effective June 9, 2014,**
**The Creditor's new mailing address is:**

Name: **Wells Fargo**

Address: **PO Box 29482**
**Phoenix, AZ 85038-9482**

**/s/ D. Blair Clark Idaho**
**D. Blair Clark Idaho 1367, Oregon 05030**
Authorized Signer/Title